JS-6

1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   KATHERINE R. LOO
4  Special Assistant United States Attorney
       333 Market Street, Suite 1500
5      San Francisco, California  94105
       Tel:  (415) 977-8927
6      Fax:  (415) 744-0134
       Email:  Katherine.Loo@ssa.gov
7
   Attorneys for defendant Michael J.Astrue,
8      Commissioner of Social Security

9

10              UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
11                    WESTERN DIVISION
12

13  DIANE PEREZ,                    )  No.  CV-07-6481-JCR
                                    )
14                                  )  **JUDGMENT OF REMAND**
         Plaintiff,                 )
15                                  )
         v.                         )
16                                  )
    MICHAEL J. ASTRUE, Commissioner )
17  of Social Security Administration,)
                                    )
18                                  )
         Defendant.                 )
19                                  )
                                    )
20  _____ )

21
         The Court having approved the parties' Stipulation to Voluntary Remand
22
    Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment
23
    ("Stipulation for Remand") lodged concurrent with the lodging of the within
24
    Judgment of Remand.
25
    ///
26
    ///
27

28

1  **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the
2  above-captioned action is remanded to the Commissioner of Social
3  Security for further proceedings consistent with the Stipulation for Remand.

4  DATED: April 1, 2008

5

6  _____
7  HON. JOHN C. RAYBURN, JR.
   UNITED STATES MAGISTRATE JUDGE
8

9

10

11

12

13

14 Presented by:

15 THOMAS P. O'BRIEN
16 United States Attorney
   LEON W. WEIDMAN
17 Assistant United States Attorney
18 Chief, Civil Division

19
    */s/ - Katherine R. Loo*
20 KATHERINE R. LOO
21 Special Assistant United States Attorney

22
   Attorneys for Defendant
23

24

25

26

27

28